NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BAMBI E. BENNETT,                       )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No. 2D17-2651
                                        )
JORGE SANCHEZ,                          )
                                        )
            Appellee.                   )
_____ )


Opinion filed April 11, 2018.

Appeal from the Circuit Court for Sarasota
County; George K. Brown, Jr., Judge.

Julius Adams of The Ticktin Law Group,
PLLC, Deerfield Beach, for Appellant.

Laurie B. Sams of Van Winkle & Sams,
P.A., Sarasota, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.